1  NICHOLAS TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  JAMIE MICKELSON
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336 / FAX: (702) 388-5087
   Jamie.Mickelson@usdoj.gov
6
   *Attorneys for the United States*
7
                  **UNITED STATES DISTRICT COURT**
8                      **DISTRICT OF NEVADA**

9  IN THE MATTER OF THE SEARCH           Case No. 2:20-mj-00667-BNW
   OF:
10
   **1924 Coralino Drive**
11 **Henderson, Nevada**

12

13 IN THE MATTER OF THE SEARCH           Case No. 2:20-mj-00668-BNW
   OF:
14
   **The Person of Brandon Casutt**
15

16 IN THE MATTER OF THE SEARCH           Case No. 2:20-mj-00669-BNW
   OF:
17
   **INFORMATION ASSOCIATED WITH**
18 **EMAIL ACCOUNTS:**

19 **2skydesign@gmail.com, and**
   **skylersCFfoundation@gmail.com,**
20
   **HOSTED BY GOOGLE LLC, 1600**
21 **AMPHITHEATRE PARKWAY, CITY**
   **OF MOUNTAIN VIEW, STATE OF**
22 **CALIFORNIA**

23

24

IN THE MATTER OF THE SEARCH OF:

**INFORMATION ASSOCIATED WITH EMAIL ACCOUNT**

**bcasutt@hotmaiI.com**

**HOSTED BY MICROSOFT CORPORATION
ONE MICROSOFT WAY, CITY OF REDMOND, STATE OF WASHINGTON**

Case No. 2:20-mj-00670-BNW

## Motions to Unseal

The United States of America, by Nicholas Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, herby moves this Court for an Order to unseal the above captioned case numbers.

This search warrants were authorized by Honorable Brenda N. Weksler, United States Magistrate Judge, District of Nevada, on August 10, 2020, and sealed at that time to protect the integrity of an ongoing investigation. On August 25, 2020, a five-count complaint against Brandon Casutt was unsealed in the District of Nevada, and Casutt made his initial appearance before the Honorable Elayna J. Youchah.  Accordingly, the need for sealing no longer exists, and the Government seeks to unseal the above captioned matters so that documents can be provided in discovery.

DATED this 26th day of August, 2020.

Nicholas Trutanich
United States Attorney

    /s/ Jamie Mickelson
Jamie Mickelson
Assistant United States Attorney

1

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3   IN THE MATTER OF THE SEARCH OF:

4   **1924 Coralino Drive**
**Henderson, Nevada**

5

6

7

8

Case No. 2:20-mj-00667-BNW

**ORDER TO UNSEAL**

9        Based upon the Motion of the Government, and good cause appearing, the Court

10   orders that the above captioned matter and all documents filed therein are unsealed.

11

12   This __31st__ day of August, 2020.

13                                          IT IS SO ORDERED:

14

15                                          HON. BRENDA N. WEKSLER
                                           UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF:

**The Person of Brandon Casutt**

Case No. 2:20-mj-00668-BNW

**ORDER TO UNSEAL**

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matter and all documents filed therein are unsealed.

This ___31st___ day of August, 2020.

IT IS SO ORDERED:

HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

4

1
2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

3
4

IN THE MATTER OF THE SEARCH OF:

**INFORMATION ASSOCIATED WITH EMAIL ACCOUNTS:**

**2skydesign@gmail.com, and skylersCFfoundation@gmail.com,**

**HOSTED BY GOOGLE LLC, 1600 AMPHITHEATRE PARKWAY, CITY OF MOUNTAIN VIEW, STATE OF CALIFORNIA**

Case No. 2:20-mj-00669-BNW

**ORDER TO UNSEAL**

10      Based upon the Motion of the Government, and good cause appearing, the Court

11 orders that the above captioned matter and all documents filed therein are unsealed.

12

13 This ___31st___ day of August, 2020.

14                                    IT IS SO ORDERED:

15

16                                    HON. BRENDA N. WEKSLER
                                      UNITED STATES MAGISTRATE JUDGE

5

1
2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

3
4

IN THE MATTER OF THE SEARCH OF:

5

**INFORMATION ASSOCIATED WITH EMAIL ACCOUNT**

6

**bcasutt@hotmaiI.com**

7

**HOSTED BY MICROSOFT CORPORATION**
**ONE MICROSOFT WAY, CITY OF REDMOND, STATE OF WASHINGTON**

8
9

Case No. 2:20-mj-00670-BNW

**ORDER TO UNSEAL**

10          Based upon the Motion of the Government, and good cause appearing, the Court

11    orders that the above captioned matter and all documents filed therein are unsealed.

12

13    This ___31st___ day of August, 2020.

14                                        IT IS SO ORDERED:

15                                        _____

16                                        HON. BRENDA N. WEKSLER
                                          UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24

6